**DISMISS and Opinion Filed September 20, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00692-CV

### PB DEWBERRY, DEWBERRY COMPANIES, LC, DEWBERRY ARCHITECTS, INC., DEWBERRY CONSULTANTS, DEWBERRY ENGINEERS, AND PARSONS BRINKERHOFF, Appellants
### V.
### TMV, LLC D/B/A TRIUNE, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14844**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Schenck
Opinion by Justice Myers

Before the Court is appellants' motion to dismiss the appeal. Appellants have informed the Court that they no longer wish to pursue this appeal. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

160692F.P05

/Lana Myers/
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PB DEWBERRY, DEWBERRY
COMPANIES, LC, DEWBERRY
ARCHITECTS, INC., DEWBERRY
CONSULTANTS, DEWBERRY
ENGINEERS, AND PARSONS
BRINKERHOFF, Appellants

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-14844.
Opinion delivered by Justice Myers.
Justices Lang and Schenck participating.

No. 05-16-00692-CV      V.

TMV, LLC D/B/A TRIUNE, Appellee

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee TMV, LLC D/B/A TRIUNE recover its costs of this appeal from appellants PB DEWBERRY, DEWBERRY COMPANIES, LC, DEWBERRY ARCHITECTS, INC., DEWBERRY CONSULTANTS, DEWBERRY ENGINEERS, AND PARSONS BRINKERHOFF.

Judgment entered this 20th day of September, 2016.